COLLARD AND ROE, P.C. *v.* ARTHUR O. KLEIN ET AL.

CHARLES D. ROCKWELL ET AL. *v.* ARTHUR O. KLEIN ET AL.

The petition by the defendants Arthur O. Klein and Diane L. Klein for certification for appeal from the Appellate Court, 87 Conn. App. 337 (AC 24651), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Arthur O. Klein* and *Diane L. Klein*, pro se, in support of the petition.

*Aimee J. Wood* and *Richard E. Castiglioni*, in opposition.

Decided June 7, 2005

STATE OF CONNECTICUT *v.* ROBERT L. FASANO

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 17 (AC 23770), is denied.

*Jeremiah Donovan*, in support of the petition.

Decided June 7, 2005